**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SANDRA CLAPPS,                          :
    *Plaintiff,*                          :
                              :        CIVIL ACTION
    v.                          :        NO. 19-3745
                              :
STATE FARM INSURANCE                          :
COMPANIES,                          :
    *Defendant.*                          :

## <u>ORDER</u>

AND NOW, this 18th day of March, 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 3), and Plaintiff's Response in Opposition (ECF No. 4), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED IN PART and DENIED IN PART, as follows:

1. Defendant's Motion with respect to Count I of Plaintiff's Complaint is DENIED;

2. Defendant's Motion with respect to Count II of Plaintiff's Complaint is GRANTED, and Plaintiff is granted leave to amend the claim set forth in that count within thirty (30) days of the date of this Order; and

3. Defendant's Motion with respect to Counts III, IV, and V of Plaintiff's Complaint is GRANTED, and the claims set forth in those counts are DISMISSED with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.